UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SATCHELL,<br><br>                      Plaintiff,<br><br>-against-<br><br>EMPLOYEES DEPT OF CORRECTIONS; STATE OF NEW YORK; JOHN DOE; JOHN DOE; JOHN DOE; JOHN DOE; JANE DOE,<br><br>                      Defendants. | 25cv3515 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the May 5, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 6, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                            Chief United States District Judge